IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No.: 23-20863 CMB |
| ) | |
| Joshua Chad Stivason and ) | Chapter 7 |
| Deidra Korean Stivason, ) | |
| ) | Document No.: 18 |
| Debtors. ) | |
| ) | |
| Charles O. Zebley, Jr., ) | |
| ) | |
| Trustee/Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Joshua Chad Stivason and ) | |
| Deidra Korean Stivason, ) | |
| ) | |
| Debtors/Respondents. ) | |

## ORDER OF COURT

AND NOW, upon consideration of the foregoing motion of Charles O. Zebley, Jr., Trustee for authority for Attorney Charles O. Zebley, Jr., and the law firm of Zebley Mehalov & White to serve as attorneys for the Trustee in this case, and it appearing that Attorney Charles O. Zebley, Jr., and the law firm of Zebley Mehalov & White, P.C. are attorneys duly admitted to practice in this Court; that they represent no interest adverse to this estate; and that their employment is necessary and in the best interest of the estate, it is hereby Ordered, Adjudged and Decreed that Attorney Charles O. Zebley, Jr. and Zebley Mehalov & White, P.C. be, and they are hereby, authorized to serve as attorneys for the Trustee in this case with compensation to be determined by this Court.

BY THE COURT

*Carlota M. Böhm*, J.
United States Bankruptcy Judge    dmr

Dated: July 14, 2023

FILED
7/14/23 4:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20863-CMB |
| Joshua Chad Stivason | Chapter 7 |
| Deidra Korean Stivason | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Jul 14, 2023  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Joshua Chad Stivason, Deidra Korean Stivason, 1893 State Route 66, Ford City, PA 16226-4127 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:

**Name**               **Email Address**

Brian Nicholas
                       on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com

Charles O. Zebley, Jr.
                       on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com

Charles O. Zebley, Jr.
                       COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com

Corey J. Sacca
                       on behalf of Debtor Joshua Chad Stivason csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Corey J. Sacca
                       on behalf of Joint Debtor Deidra Korean Stivason csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@fili

District/off: 0315-2     User: auto     Page 2 of 2

Date Rcvd: Jul 14, 2023     Form ID: pdf900     Total Noticed: 1

ngs.docketbird.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6