WWR # 041436003

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Joshua Chad Stivason | ) | Bankruptcy No. 23-20863 |
| Deidra Korean Stivason | ) | |
| Debtors, | ) | Chapter 7 |
| | ) | |
| Citizens Bank, N.A. | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Hearing Date & Time May 15, 2024 at 1:30 p.m. |
| | ) | |
| Joshua Chad Stivason, Debtor | ) | Responses Due: April 25, 2024 |
| Deidra Korean Stivason, Debtor | ) | |
| Charles O. Zebley, Jr., Trustee | ) | Related to Doc. No.:  27, 28 |
| Respondents, | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(a)(3)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on April 8, 2024 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 25, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED:  04/26/2024

/s/ Garry Masterson
Garry Masterson, Bar No. CA297208
Weltman, Weinberg & Reis Co., L.P.A.
Attorney of Movant
965 Keynote Circle
Cleveland, OH 44131
216-672-6984
gmasterson@weltman.com