# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>JOSHUA CHAD STIVASON<br>DEIDRA KOREAN STIVASON<br>    Debtors | Case No. 23-20863-CMB |
| NATIONSTAR MORTGAGE LLC<br>    Movant | Chapter 7<br><br>Hearing Date: 08/15/2024<br><br>Hearing Time: 1:30 pm<br><br>Objection Date: 08/08/2024 |
| vs.<br>JOSHUA CHAD STIVASON AND<br>DEIDRA KOREAN STIVASON<br>    and<br>CHARLES O. ZEBLEY, JR (TRUSTEE)<br>    Respondents | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 25, 2024.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail:

JOSHUA CHAD STIVASON
1893 STATE ROUTE 66
FORD CITY, PA 16226

DEIDRA KOREAN STIVASON
1893 STATE ROUTE 66
FORD CITY, PA 16226

Service by Electronic Notification:

COREY J. SACCA
BONONI & COMPANY
20 NORTH PENNSYLVANIA AVE.
GREENSBURG, PA 15601
CSACCA@BONONILAW.COM

CHARLES O. ZEBLEY, JR.
P.O. BOX 2124
UNIONTOWN, PA 15401
COZ@ZEBLAW.COM

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

Date: June 25, 2024

/s/Mario Hanyon
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com