## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| In Re: | : |
| **JOSHUA CHAD STIVASON** | : Bankruptcy No. 23-20863-CMB |
| **DEIDRA KOREAN STIVASON,** | |
| Debtor | : Chapter 7 |
| **Nationstar Mortgage LLC** | : Document No. 34 |
| Movant | : Hearing Date & Time: August 15, 2024 @ 1:30 PM |
| | : |
| v. | : |
| **JOSHUA CHAD STIVASON** | : 11 U.S.C. §362 |
| **DEIDRA KOREAN STIVASON** | |
| | |
| and | |
| Charles O. Zebley, Jr, ESQUIRE (TRUSTEE) | |
| | |
| Respondent(s) | : |

### CERTIFICATION OF NO OBJECTION REGARDING NATIONSTAR MORTGAGE LLC'S MOTION FOR RELIEF FROM STAY (DE 34)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on June 25, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 8, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 9, 2024         Respectfully submitted,

Brock & Scott, PLLC

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103

**PAWB Local Form 25 (07/13)**

Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**PAWB Local Form 25 (07/13)**