**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>JOSHUA CHAD STIVASON AND DEIDRA KOREAN STIVASON | Case No. 23-20863-CMB |
| Nationstar Mortgage LLC,<br>Movant<br><br>vs.<br><br>JOSHUA CHAD STIVASON AND DEIDRA KOREAN STIVASON,<br>Debtors<br>and<br><br>Charles O. Zebley, Jr<br>Respondent | Chapter 7<br><br>Hearing Date: 08/15/2024<br><br>Hearing Time: 1:30 pm<br><br>Objection Date: 08/08/2024<br><br>Related to Doc. No. 39 |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I certify under penalty of perjury that on this day, I served or caused to be served the Default Order on Motion for Relief from the Automatic Stay on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

Via CM/ECF electronic notice:

Corey J. Sacca, Esq.
20 North Pennsylvania Ave.

Charles O. Zebley, Jr
P.O. Box 2124

Greensburg, PA 15601
*Counsel for Debtor*

Uniontown, PA 15401
*Chapter 7 Trustee*

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
*US Trustee*

Via First Class Mail:

JOSHUA CHAD STIVASON
1893 State Route 66
Ford City, PA 16226

DEIDRA KOREAN STIVASON
1893 STATE ROUTE 66
FORD CITY, PA 16226
*Debtor*

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: August 14, 2024

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com