# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>JOSHUA CHAD STIVASON<br>DEIDRA KOREAN STIVASON<br>    Debtors | Case No. 23-20863-CMB |
| NATIONSTAR MORTGAGE LLC<br><br>    Movant | Chapter 7<br><br>Hearing Date: 08/15/2024<br><br>Hearing Time: 1:30 pm<br><br>Objection Date: 08/08/2024 |
| vs.<br>JOSHUA CHAD STIVASON AND<br>DEIDRA KOREAN STIVASON<br>    and<br>CHARLES O. ZEBLEY, JR (TRUSTEE)<br>    Respondents | 11 U.S.C. §362<br> Related to Doc. No. 34 |

## DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This __12th__ day of __August__, 20 __24__, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is:

**ORDERED** that the above-captioned Motion is granted insofar as it requests Relief from the Automatic Stay imposed by 11 U.S.C. §362;

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a Certificate of Service.

FILED
8/12/24 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Bohm_    **dmr**
Carlota Bohm
BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 23-20863-CMB |
|---|---|
| Joshua Chad Stivason | Chapter 7 |
| Deidra Korean Stivason | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

**Recip ID              Recipient Name and Address**
db/jdb                 + Joshua Chad Stivason, Deidra Korean Stivason, 1893 State Route 66, Ford City, PA 16226-4127

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2024                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Corey J. Sacca | on behalf of Debtor Joshua Chad Stivason csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | on behalf of Joint Debtor Deidra Korean Stivason csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |

District/off: 0315-2                                    User: auto                                    Page 2 of 2

Date Rcvd: Aug 12, 2024                          Form ID: pdf900                          Total Noticed: 1

Denise Carlon
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com

Garry Alan Masterson
                    on behalf of Creditor Citizens Bank  N.A. pitecf@weltman.com, gmasterson@weltman.com

Mario J. Hanyon
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com
                    mario.hanyon@brockandscott.com

Mario J. Hanyon
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov


TOTAL: 9